# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED

JAN -9 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

GREGORY BARRETT,

CR 20 0007 CRB

**UNDER SEAL**

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1341 – Mail Fraud;
18 U.S.C. § 1028(a)(7) – Fraudulent Use of Means of Identification;
18 U.S.C. § 1029(a)(1) – Fraudulent Use of Counterfeit Access Device;
18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1028(b), and 1029(c)(1)(C), and 28 U.S.C.
§ 2461(c) – Forfeiture Allegation.

---

A true bill.

_____
Foreman

Filed in open court this ___9___ day of January 2020

_____
Clerk
SALLIE KIM
United States Magistrate Judge

Bail, $ _____ **NO BAIL ARREST WARRANT**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT 1: 18 U.S.C. § 1341 – Mail Fraud
COUNT 2: 18 U.S.C. § 1028(a)(7) – Fraudulent Use of Means of Identification
COUNT 3: 18 U.S.C. § 1029(a)(1) – Fraudulent Use of Counterfeit Access Device

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: COUNT 1: Max. 20 yrs imprisonment, $250,000 fine, 3 yrs sup. rel., $100 fee, and forfeiture.   COUNT 2: Max. 5 yrs imprisonment, $250,000 fine, 3 yrs sup. rel., $100 fee, and forfeiture.
COUNT 3: Max. 10 yrs imprisonment, $250,000 fine, 3 yrs sup. rel., $100 fee, and forfeiture.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ GREGORY BARRETT

DISTRICT COURT NUMBER

CR 20 0007    CRB

**UNDER SEAL**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
US POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): CHRISTINA LIU

**DEFENDANT**

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
JAN - 9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
JAN - 9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY BARRETT, <br><br> Defendant. | CASE NO. CR 20 0007 CRB <br><br> VIOLATIONS: <br> 18 U.S.C. § 1341 – Mail Fraud; <br> 18 U.S.C. § 1028(a)(7) – Fraudulent Use of Means of Identification; <br> 18 U.S.C. § 1029(a)(1) – Fraudulent Use of Counterfeit Access Device; <br> 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1028(b), and 1029(c)(1)(C), and 28 U.S.C. § 2461(c) – Forfeiture Allegation. <br><br> [UNDER SEAL] |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment, unless otherwise indicated:

1. Defendant GREGORY BARRETT resided in the Northern District of California.

2. Target, Inc. ("Target") was a company based in Minneapolis, Minnesota, that operates general merchandise and food stores. Target also offers credit and debit accounts to applicants through branded proprietary credit and debit cards.

3. The Kellogg Company, d/b/a Kellogg's, was a food manufacturing company headquartered in Battle Creek, Michigan.

INDICTMENT
[UNDER SEAL]

THE "PERSON 1" SCHEME TO DEFRAUD TARGET

COUNT ONE:           (18 U.S.C. § 1341 – Mail Fraud)

4. The above allegations in this Indictment are incorporated by reference

5. On or about November 7, 2018, in the Northern District of California, the defendant,

GREGORY BARRETT,

for the purpose of executing a material scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts, did knowingly and intentionally cause to be sent by means of the Postal Service and an interstate commercial carrier property, specifically, a Target-brand debit card, as further set out below, in violation of Title 18, United States Code, Section 1341.

Manner and Means of the "Person 1" Scheme to Defraud Target

6. From in or about November 2018 and continuing to in or about December 2018, BARRETT knowingly and intentionally participated in, devised, and intended to devise a scheme to defraud Target, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and material omissions with a duty to disclose.

7. To carry out his scheme, BARRETT falsely and without authorization used the identity of a person known to the Grand Jury and referred to herein as "Person 1."

8. In furtherance of his scheme, on or about November 7, 2018, BARRETT entered a Target store located in Santa Rosa, California. Once inside, BARRETT falsely identified himself as Person 1 and fraudulently submitted an application for a Target-brand debit card using Person 1's name, date of birth, and Social Security number.

9. Based on the material and false representations that BARRETT made in applying for the debit card, Target issued BARRETT temporary access to a Target debit card account in Person 1's name. BARRETT used the Target debit card account to purchase a prepaid gift card that had been shipped to California from another state.

Use of the Mails in Furtherance of the "Person 1" Scheme to Defraud Target

10. In furtherance of his scheme, and as a result of the material misrepresentations BARRETT made to Target as described in the paragraphs above, BARRETT caused to be sent to Person

INDICTMENT
[UNDER SEAL]                                  2

1 by means of the United States Postal Service and an interstate commercial carrier a Target debit card issued in Person 1's name.

COUNT TWO:        (18 U.S.C. § 1028(a)(7) – Fraudulent Use of Means of Identification)

11. The above allegations in this Indictment are incorporated by reference

12. On or about November 7, 2018, in the Northern District of California, the defendant,

GREGORY BARRETT,

did knowingly and intentionally use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, specifically, the name, date of birth, and Social Security number of Person 1, knowing that the means of identification belonged to Person 1, and with the intent to commit, and to aid or abet, and in connection with, the crime of mail fraud in violation of Title 18, United States Code, Section 1341, all in violation of Title 18, United States Code, Section 1028(a)(7).

## THE SCHEME TO DEFRAUD KELLOGG'S

COUNT THREE:     (18 U.S.C. § 1029(a)(1) – Fraudulent Use of Counterfeit Access Device)

13. The above allegations in this Indictment are incorporated by reference

14. In or about February 2019, in the Northern District of California, the defendant,

GREGORY BARRETT,

knowingly and with intent to defraud used one or more counterfeit access devices, specifically, bank account information on counterfeit checks, with said use affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1341, all in violation of Title 18, United States Code, Section 1029(a)(1).

FORFEITURE ALLEGATION:   (18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1028(b), 1029(c)(1)(C), and 28 U.S.C. § 2461(c))

15. The above allegations in this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), 1028(b), and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c).

16. Upon conviction of any offense alleged in Count One of this Indictment, the defendant,

GREGORY BARRETT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting or derived from proceeds the defendant obtained, directly or indirectly, as the result of such violation, including but not limited to a forfeiture money judgment and: One black Dell laptop bearing serial number CN-0G848F-70166-029-05KC-A00.

17. Upon conviction of any offense alleged in Count Two of this Indictment, the defendant,

GREGORY BARRETT,

shall forfeit to the United States, pursuant to pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b), all property constituting and derived from or traceable to any proceeds the defendant obtained, directly or indirectly, as a result of said violations, and any property used or intended to be used to facilitate the commission of the offense, including but not limited to a forfeiture money judgment and: One black Dell laptop bearing serial number CN-0G848F-70166-029-05KC-A00.

18. Upon conviction of any offense set forth in Count Three this Indictment, the defendant,

GREGORY BARRETT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations and any property used or intended to be used to commit the offenses, including but not limited to a forfeiture money judgment and: One black Dell laptop bearing serial number CN-0G848F-70166-029-05KC-A00.

INDICTMENT
[UNDER SEAL]                            4

19. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), 1028(b), and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 9 January 20

A TRUE BILL.

_____
FOREPERSON
San Francisco, California

DAVID L. ANDERSON
United States Attorney

_____
CHRISTINA LIU
Assistant United States Attorney

INDICTMENT
[UNDER SEAL]    5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN -9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

CRB

CR 20 0007

UNDER SEAL

| | |
|---|---|
| **CASE NAME:** USA v. GREGORY BARRETT | **CASE NUMBER:** CR |
| **Is This Case Under Seal?** | Yes   No ✓ |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** AUSA Christina Liu | **Date Submitted:** 1/9/20 |
| **Comments:** | |

CR20-0007 CRB

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)